IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MICHELE SILER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1-04-1161-JDT-sta |
| v. | ) JUDGE TODD |
| | ) MAGISTRATE ANDERSON |
| FIRST STATE BANK, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant First State Bank having moved the Court to extend the deadline for filing dispositive motions in this action to Friday, May 27, 2005, and Plaintiff Michelle Siler having no opposition to this proposed extension, and the Court having concluded that this extension will not affect the scheduled trial date in this action,

The deadline for filing dispositive motions in this action is hereby extended to Friday, May 27, 2005.

IT IS SO ORDERED.

S. Thomas Anderson USMJ
JUDGE J~~AMES T. TODD~~

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5/26/05

1

N LE 506771 v1
0-0 05/16/05

Submitted by:

_[signature]_
Lawrence S. Eastwood, Jr. (B.P.R. #16070)
Emily H. Plotkin (B.P.R. #22978)
Baker, Donelson, Bearman, Caldwell, &
    Berkowitz, P.C.
211 Commerce Street, Suite 1000
Nashville, Tennessee 37201
(615) 726-5600

Attorneys for Defendant



2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:04-CV-01161 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Emily H. Plotkin
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lawrence S. Eastwood
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Johnson City
P.O. Box 3038
207 Mockingbird Lane
Johnson City, TN 37602

Martin D. Holmes
STEWART ESTES & DONNELL
424 Church St.
Ste. 1401
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT