IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ SA _____ D.C.
05 MAY 31 AM 9:08
ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

| | |
|---|---|
| MICHELE SILER, | ) |
| Plaintiff, | ) |
| v. | ) No. 1-04-1161-JDT-sta |
| | ) JUDGE TODD |
| | ) MAGISTRATE ANDERSON |
| FIRST STATE BANK, | ) |
| Defendant. | ) |

## ORDER

Defendant First State Bank having moved the Court to extend the deadline for filing dispositive motions in this action to Monday, June 6, 2005, and Plaintiff Michelle Siler having no opposition to this proposed extension, and the Court having concluded that this extension will not affect the scheduled trial date in this action,

The deadline for filing dispositive motions in this action is hereby extended to Monday, June 6, 2005.

IT IS SO ORDERED.

S. Thomas Anderson  WJMJ
JUDGE ~~JAMES T. TODD~~

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __6/1/05__

1

N LE 506771 v2
0-0 05/25/05

19

Submitted by:

_____
Lawrence S. Eastwood, Jr. (B.P.R. #16071)
Emily H. Plotkin (B.P.R. #22978)
Baker, Donelson, Bearman, Caldwell, &
      Berkowitz, P.C.
211 Commerce Street, Suite 1000
Nashville, Tennessee 37201
(615) 726-5600

Attorneys for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:04-CV-01161 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Lawrence S. Eastwood
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Johnson City
P.O. Box 3038
207 Mockingbird Lane
Johnson City, TN 37602

Emily H. Plotkin
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Martin D. Holmes
STEWART ESTES & DONNELL
424 Church St.
Ste. 1401
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT