IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MICHELE SILER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1-04-1161-JDT-sta |
| v. | ) JUDGE TODD |
| | ) MAGISTRATE ANDERSON |
| FIRST STATE BANK, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Michele Siler ("Siler") and Defendant First State Bank ("the Bank") have entered into a Settlement Agreement and General Release which fully settles all claims by Siler in this case;

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a), that all claims that Siler has pending against the Bank are dismissed with prejudice. By agreement of the parties, the Bank shall be responsible for court costs.

This 30th day of September, 2005.

*[signature] James D. Todd*
*9-30-2005*

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/3/05

N EHP 517467 v2
2822135-000027  09/01/05

34

Respectfully submitted,

*/s/ Martin D. Holmes*
_____
Martin D. Holmes, Esq.
Trajan H. Carney, IV, Esq.
Stewart, Estes & Donnell
SunTrust Center, Suite 1401
424 Church Street
Nashville, Tennessee 37219
(615) 244-0020

Attorneys for Plaintiff

*/s/ Lawrence S. Eastwood, Jr.*
_____
Lawrence S. Eastwood, Jr., Esq.
Emily H. Plotkin, Esq.
Baker, Donelson, Bearman, Caldwell &
  Berkowitz
211 Commerce Street, Suite 1000
Nashville, Tennessee 37201
(615) 726-5600

Attorneys for Defendant

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:04-CV-01161 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Lawrence S. Eastwood
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Johnson City
P.O. Box 3038
207 Mockingbird Lane
Johnson City, TN 37602

Emily H. Plotkin
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Martin D. Holmes
STEWART ESTES & DONNELL
424 Church St.
Ste. 1401
Nashville, TN 37219

Honorable James Todd
US DISTRICT COURT